No. 595. GREAT NORTHERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit Court of the United States for the Southern District of

New York. April 26, 1909. Dismissed on motion of counsel for plaintiff in error. *Mr. Joseph G Dudley* for plaintiff in error. *The Attorney General* for defendant in error.